Turner vs. Duchman.

---

TURNER vs. DUCHMAN, impleaded with others.

*Misjoinder of causes of action.*

Complaint (under chapter 22, Laws of 1859) to quiet title by the holder of three tax deeds upon different tracts, where the former owners were different, except that one defendant was owner of some of the parcels named in each deed. *Held,* that there was a misjoinder of causes of action.

APPEAL from the Circuit Court for *Winnebago* County.

The defendant *Duchman* appealed from an order overruling his demurrer to the complaint.

*C. Coolbaugh,* for appellant.

*Elbridge Smith,* for respondent.

PAINE, J. The complaint is demurrable for an improper joinder of causes of action. It attempts to quiet the title under three tax deeds upon different tracts of land, formerly owned by different owners. This would be like foreclosing

several mortgages, executed by different parties upon different tracts of land, in one suit.

It is true that the appellant *Duchman* is alleged to have been a former owner of some of the parcels in each deed; but this cannot vary it, because the other parties in the different deeds are not the same. The statute under which the action was brought, chapter 22, Laws of 1859, allows the plaintiff to join all the former owners of all the different parcels conveyed in one deed. And it may be that where the former owners were the same in all, he might foreclose the title under different deeds, by making each a separate cause of action, as was attempted here. But clearly this cannot be done, where the lands and the alleged former owners were different, in the different deeds. The demurrer should have been sustained upon this ground.

*By the Court.* — The order appealed from is reversed, with costs, and the cause remanded for further proceedings.